UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Leaf Capital Funding, LLC,                                          Case No. 3:25-cv-2472

        Plaintiff,

    v.                                                                                      ORDER

Quality Lines, Inc., et al.,

        Defendants.

On March 11, 2026, the Clerk granted Plaintiff's application for an entry of default and entered default against Defendant Ronald Smith.  (Doc. Nos. 11 & 12).  Then, on April 2, 2026, the Clerk granted Plaintiff's application for an entry of default and entered default against Defendant Quality Lines, Inc.  (Doc. Nos. 13 & 14).

More than two months have passed since the final entry of default was filed, and Plaintiff has filed no motion for default judgment as to either Defendant.  Fed. R. Civ. P. 55(b).  Within thirty days of this Order, Plaintiff shall file a motion for default judgment or show cause as to why this case should not be dismissed for want of prosecution pursuant to Rule 41(b).  *See* Fed. R. Civ. P. 41(b).

Should Plaintiffs choose to file a motion for default judgment, that motion must be substantively sufficient.  More particularly, in the motion, Plaintiffs must at least identify allegations in the complaint that plausibly state a claim for relief and offer some development of legal arguments in support of default judgment.  *See, e.g., Grover v. BMW of N. Am., LLC*, 581 F. Supp. 3d 930, 950 (N.D. Ohio 2022) ("[T]he Court 'is in the business of resolving the legal arguments

presented to it, not in creating a party's inferred argument for him and then passing judgment on it.'") (quoting *Lyon v. Yellow Transp., Inc.*, No. 2:08-cv-464, 2009 WL 1604807, at *15 (S.D. Ohio June 8, 2009), *aff'd* 379 F. App'x 452 (6th Cir. 2010)).  After all, when considering a motion for default judgment "the well-pleaded factual allegations of the complaint are accepted as true for the purpose of determining liability, [but] the Court must still determine whether those facts are sufficient to state a claim for relief with respect to plaintiff's claims … for which the plaintiff seeks default judgment." *Zinganything, LLC v. Import Store*, 158 F. Supp. 3d 668, 672 (N.D. Ohio 2016).

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge